IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DON ERB, *et al.*, | Civil Action No. 2:22-cv-01325 |
| Plaintiffs, | Hon. William S. Stickman IV, U.S.D.J. |
| v. | |
| AMAZON, *et al.*, | |
| Defendants. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Don Erb, Ryan Stewart and Ian Gill (collectively, "Plaintiffs") and Defendants Amazon Logistics, Inc. (incorrectly named as "Amazon," hereinafter "Amazon"), 98 Ventures, Inc. ("98 Ventures"), and UST Select, Inc. ("UST Select") (collectively, "Defendants") (together with Plaintiffs, the "Parties") stipulate and agree that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter shall be and hereby is **DISMISSED WITH PREJUDICE** as to Plaintiffs' individual claims and **DISMISSED WITHOUT PREJUDICE** as to the claims of the putative class. All rights to appeal are waived.

Except as otherwise agreed by the Parties in writing, the Parties shall bear their own respective attorney's fees and costs.

*[Signatures on following page.]*

| | |
|---|---|
| Dated: August 11, 2023 | Respectfully submitted, |
| **THE EMPLOYMENT RIGHTS GROUP LLC** | **GREENBERG TRAURIG, LLP** |

/s/ Joseph H. Chivers
Joseph H. Chivers
jchivers@employmentrightsgroup.com
First & Market Building
100 First Avenue, Suite 650
Pittsburgh, PA 15222
Tel.: (412) 227-0763
Fax: (412) 774-1994

John R. Linkosky
linklaw@comcast.net
**JOHN LINKOSKY & ASSOCIATES**
715 Washington Avenue
Carnegie, PA 15106
Tel.: (412) 278-1280
Fax: (412) 278-1282

*Attorneys for Plaintiffs Don Erb, Ryan Stewart, and Ian Gill*

/s/ James N. Boudreau
James N. Boudreau (PA ID 77891)
1717 Arch Street, Suite 400
Philadelphia, PA 19103
Tel: 215-988-7812
Fax: 215-717-5265
Email: boudreauj@gtlaw.com

*Attorney for Amazon Logistics, Inc.*

**JACKSON LEWIS, P.C.**

/s/ Marla N. Presley
Marla N. Presley (PA ID 91020)
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
Tel: 412-338-5148
Fax: 412-232-3441
Email: marla.presley@jacksonlewis.com

Attorney for Defendants 98 Ventures, Inc. and UST Select, Inc.

Dated: Aug 14, 2023

**SO ORDERED.**

_____
Hon. William S. Stickman IV, U.S.D.J.

2